Ruth L. Cohen, Esq.
Paul S. Padda, Esq.
COHEN & PADDA, LLP
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
www.caplawyers.com

Attorneys for the Defendant.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:11-CR-0312-JCM-(PAL) |
| v. | ) |
| ANIL MATHUR, | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR LIMITED MODIFICATION OF THE COURT'S OCTOBER 25, 2011 SCHEDULING ORDER

<u>Certification</u>: In accordance with Local Rule 12-1(c), Defendant Anil Mathur, by and through undersigned counsel, hereby certifies that this motion is <u>timely</u> filed.

Defendant, by and through counsel, respectfully requests that the Court modify its October 25, 2011 scheduling Order to permit Defendant a two business day extension of time to respond to the United States of America's ("United States" or "Government") opposition to several dispositive motions filed by defense counsel. Presently, Defendant is permitted 7-days within which to file a reply brief. Because the Government filed opposition papers on April 5, 2012, Defendant's reply is due on April 12, 2012. However, Defendant respectfully requests to and until <u>April 16, 2012</u> within which time to reply to the Government's April 5, 2012 filings. In support of this request, Defendant relies upon the memorandum of points and authorities set forth below.

## MEMORANDUM OF POINTS AND AUTHORITIES

The Court's October 25, 2011 scheduling Order provides that a party shall have 7-days within which to file a reply brief.  See Pacer document 17, para. 1(C).  However, the scheduling Order also provides in paragraph six that "[f]or good cause shown, a party may seek a modification of this scheduling order by oral or written motion to the Court."

Despite best efforts, undersigned counsel will not be able to timely complete the replies to the Government's April 5, 2012 filings (Pacer documents 60 and 61) without a short extension.  Although undersigned counsel has made progress towards their completion, several competing case commitments (including a client emergency)[1] have deprived undersigned counsel of necessary time to ensure their completion.[2]  However, a short 2-business day extension, until April 16, 2012, will permit undersigned counsel necessary time to prepare a thorough reply to the Government's April 5, 2012 filings.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

---

[1] During this same period, undersigned counsel became ill.

[2] Co-counsel, Robert Draskovich, Esq., is currently in a three-week trial in state court and not in a position to assist.  Moreover, it was previously agreed between defense counsel that undersigned counsel would prepare the reply briefs.

**CONCLUSION**

For the reasons set forth above, Defendant respectfully requests that the Court modify its October 25, 2011 Order to permit Defendant a 2-business day extension (until April 16, 2012) to file reply briefs to the Government's April 5, 2012 filings.

Respectfully submitted,

/s/ *Paul S. Padda*
_____
Ruth L. Cohen, Esq.
Paul S. Padda, Esq.
COHEN & PADDA, LLP
4240 West Flamingo Road, #220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: caplawyers.com

Attorneys for Anil Mathur

Dated: April 12, 2012

**IT IS SO ORDERED:**

**Defendant is provided a 2-business day extension of time, to and until April 16, 2012, within which to reply to the Government's April 5, 2012 filings (Pacer documents 60 and 61).**

_____
United States Magistrate Judge

**Dated: April __16__, 2012**

3