1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,                )
                                             )
9                     Plaintiff,             )
                                             )
10          v.                               )     2:11-CR-312-MMD-(PAL)
                                             )
11   ANIL ("ANDY") MATHUR,                   )
                                             )
12   _____ Defendant.    )

13

**PRELIMINARY ORDER OF FORFEITURE**

14          This Court finds that on January 8, 2013, defendant ANIL ("ANDY") MATHUR pled guilty

15   to Count One of a Nine-Count Criminal Indictment charging him with Offering and Paying

16   Remuneration in violation of Title 42, United States Code, 1320a-7b(b)(2)(A). Criminal Indictment,

17   ECF No. 1; Change of Plea Minutes, ECF No. 131; Plea Agreement, ECF No. 132.

18          This Court finds defendant ANIL ("ANDY") MATHUR agreed to the forfeiture of the

19   property set forth in the Plea Agreement. Change of Plea Minutes, ECF No. 131; Plea Agreement,

20   ECF No. 132.

21          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

22   America has shown the requisite nexus between the property agreed to in the Plea Agreement and

23   the offense to which defendant ANIL ("ANDY") MATHUR pled guilty.

24          The following assets are subject to forfeiture pursuant to Title 18, United States Code,

25   Section 982(a)(7) and Title 21, United States Code, Section 853(p):

26   . . .

a.   $1,500.00 in United States Currency (kickback/bribe paid by defendant on July 30, 2010);

b.   $1,500.00 in United States Currency (kickback/bribe paid by the defendant on August 10, 2010);

c.   $3,000.00 in United States Currency (kickback/bribe paid by the defendant on December 7, 2010); and

d.   an *in personam* criminal forfeiture money judgment of $14,347.68 in United States Currency (the amount paid by Medicare for services rendered after March 23, 2010) ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ANIL ("ANDY") MATHUR in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101. . . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

2  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

3  following address at the time of filing:

4           Michael A. Humphreys
            Assistant United States Attorney
5           Daniel D. Hollingsworth
            Assistant United States Attorney
6           Lloyd D. George United States Courthouse
            333 Las Vegas Boulevard South, Suite 5000
7           Las Vegas, Nevada 89101

8    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

9  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

10 following publication of notice of seizure and intent to administratively forfeit the above-described

11 property.

12   DATED this __11th__ day of __April_____, 2013.

13

14

15                    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

1

**PROOF OF SERVICE**

2     I, Michelle C. Lewis, Paralegal Specialist, certify that the following individuals were

3 served with copies of the Preliminary Order of Forfeiture on April 10, 2013, by the below

4 identified method of service:

5     CM/ECF:

6     Thomas F. Pitaro
      1212 S. Casino Center Blvd.
7     Las Vegas, NV 89104
      Email: thomaspitaro@yahoo.com
8     *Attorney for Anil "Andy" Mathur*

9

10                                          /s/Michelle C. Lewis
                                            Michelle C. Lewis
11                                          Paralegal Specialist

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26