

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
)
Plaintiff,  )
)
v.  )   2:11-CR-312-MMD-(PAL)
)
ANIL ("ANDY") MATHUR,  )
)
Defendant.  )

## AMENDED PRELIMINARY ORDER OF FORFEITURE

This Court finds that on January 8, 2013, defendant ANIL ("ANDY") MATHUR pled guilty to Count One of a Nine-Count Criminal Indictment charging him with Offering and Paying Remuneration in violation of Title 42, United States Code, 1320a-7b(b)(2)(A). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 131; Plea Agreement, ECF No. 132.

This Court finds defendant ANIL ("ANDY") MATHUR agreed to the forfeiture of the $26,000 in United States Currency and two $75 Origin India restaurant gift cards totaling $150.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property agreed to in the Plea Agreement and the offense to which defendant ANIL ("ANDY") MATHUR pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(7) and Title 21, United States Code, Section 853(p):

1. $26,000 in United States Currency; and
2. Two $75 Origin India restaurant gift cards totaling $150 ("property").

1     This Court finds the United States of America is now entitled to, and should, reduce the
2 aforementioned property to the possession of the United States of America.

3     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4 United States of America should seize the aforementioned property.

5     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6 ANIL ("ANDY") MATHUR in the aforementioned property is forfeited and is vested in the United
7 States of America and shall be safely held by the United States of America until further order of the
8 Court.

9     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
10 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
11 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the
12 time under the applicable statute when a petition contesting the forfeiture must be filed, and state the
13 name and contact information for the government attorney to be served with the petition, pursuant to
14 Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
16 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

17     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
18 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
19 following address at the time of filing:

20     Michael A. Humphreys
    Assistant United States Attorney
21     Daniel D. Hollingsworth
    Assistant United States Attorney
22     Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
23     Las Vegas, Nevada 89101

24     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
25 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
26 . . .

1  following publication of notice of seizure and intent to administratively forfeit the above-described
2  property.
3      DATED this 30 day of May 2013.

_____
UNITED STATES DISTRICT JUDGE