# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:11-CR-312-MMD-(PAL) |
| ANIL ("ANDY") MATHUR, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

On May 30, 2013, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(7); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant ANIL ("ANDY") MATHUR to the criminal offense, forfeiting specific property agreed to in the Plea Agreement and in court at the sentencing and shown by the United States to have the requisite nexus to the offense to which defendant ANIL ("ANDY") MATHUR pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 131; Plea Agreement, ECF No. 132; Sentencing Minutes, ECF No. 142; Amended Preliminary Order of Forfeiture, ECF No. 143.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 23, 2013, through July 22, 2013, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 147.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 982(a)(7); and Title 21, United States Code, Section 853(n)(7) and (p) and shall be disposed of according to law:

1. $26,000 in United States Currency; and
2. Two $75 Origin India restaurant gift cards totaling $150 (all of which constitutes "property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 11th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Michelle C. Lewis, Paralegal Specialist, certify that the following individuals were served with copies of the Final Order of Forfeiture on September 9, 2013, by the below identified method of service:

CM/ECF:

Thomas F. Pitaro
1212 S. Casino Center Blvd.
Las Vegas, NV 89104
Email: thomaspitaro@yahoo.com
*Attorney for Anil "Andy" Mathur*

/s/Michelle C. Lewis
Michelle C. Lewis
Paralegal Specialist